GRANT C. FOX, Respondent, v. WILLIAM ERBE et al., Appellants, Impleaded with Another.

*Fox v. Erbe*, 100 App. Div. 343, affirmed.
(Argued February 2, 1906; decided February 16, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James P. Niemann* for appellants.

*Grant C. Fox* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.